UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00201

**Eric Hardwick,**
*Plaintiff,*

v.

**Jimmy Bowman et al.,**
*Defendants.*

## ORDER

Plaintiff Eric Hardwick, an inmate proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On April 26, 2023, the magistrate judge issued a report recommending that defendants' motion for summary judgment be granted and that plaintiff's claims be dismissed with prejudice. Doc. 30. A copy of the report was mailed to plaintiff, who received it on May 5, 2023, and did not file written objections. Doc. 39.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion for summary judgment is granted. This case is dismissed with prejudice.

*So ordered by the court on June 16, 2023.*

J. CAMPBELL BARKER
United States District Judge